Josephine E. Salmon (SBN 020630)
jsalmon@aldridgepite.com
Janet M. Spears (SBN 023833)
jspears@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
MSR Asset Vehicle LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RUBEN D HENAO and BRIANA HENAO FKA BRIANA GONZALES,<br><br>Debtors. | Chapter 13<br><br>Case No. 25-BK-07620-MCW |
| MSR ASSET VEHICLE LLC,<br><br>Movant,<br>vs.<br><br>RUBEN D HENAO and BRIANA HENAO FKA BRIANA GONZALES, Debtor(s); and RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | **NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: February 11, 2026<br>Time: 2:00 PM<br>Ctrm: 702 |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that on February 11, 2026 at 2:00 PM, or as soon thereafter as the parties may be heard, in Courtroom 702 of the above-entitled Court, located at 230 North First Avenue #204 Phoenix, AZ 85003-1706, there will be a preliminary hearing on Movant MSR Asset Vehicle LLC's Motion for Relief from Automatic Stay ("Motion"), which was previously filed herein on November 20, 2025, as *Docket No. 23*, before the Honorable Madeleine C. Wanslee.

The Motion is based on the Motion and Notice of Motion for Relief from Automatic Stay previously filed herein, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

ALDRIDGE PITE, LLP

Dated: January 23, 2026

/s/ *Josephine E. Salmon*
JOSEPHINE E. SALMON
Attorneys for Movant MSR Asset Vehicle LLC