Josephine E. Salmon (SBN 020630)
jsalmon@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
MSR Asset Vehicle LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RUBEN D HENAO and BRIANA HENAO FKA BRIANA GONZALES,<br><br>Debtors. | Chapter 13<br><br>Case No. 2:25-BK-07620-MCW |
| MSR ASSET VEHICLE LLC,<br><br>Movant,<br><br>vs.<br><br>RUBEN D HENAO and BRIANA HENAO FKA BRIANA GONZALES, Debtors; and RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | **NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION GRANTING ADEQUATE PROTECTION** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that MSR Asset Vehicle LLC hereby lodges its proposed Order Approving Stipulation Granting Adequate Protection, which is attached hereto as **Exhibit A**.

ALDRIDGE PITE, LLP

Dated: April 15, 2026

/s/ *Josephine E. Salmon*
JOSEPHINE E. SALMON
Attorneys for Movant
MSR Asset Vehicle LLC

NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION GRANTING ADEQUATE PROTECTION

| | |
|---|---|
| In re | Case No. 2:25-BK-07620-MCW |
| RUBEN D HENAO and BRIANA HENAO, | Chapter 13 |
| Debtors. | |
| MSR ASSET VEHICLE LLC, | **ORDER APPROVING STIPULATION GRANTING ADEQUATE PROTECTION** |
| Movant, | |
| vs. | **PROPERTY**: |
| RUBEN D HENAO and BRIANA HENAO, Debtor(s); and RUSSELL BROWN, Chapter 13 Trustee, | 20149 W Grant St Buckeye, AZ 85326 |
| Respondents. | |

The Court having considered the Stipulation Granting Adequate Protection ("Stipulation"), entered into by and between Ruben D Henao and Briana Henao, by and through her attorneys of record, David Cutler; and MSR Asset Vehicle LLC, by and through its attorneys of record, Aldridge Pite, LLP, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

**DATED AND SIGNED ABOVE**

EXHIBIT A